UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
: 
ZURICH AMERICAN INSURANCE COMPANY, :
: 22 Civ. 3207 (PAE)
Plaintiff, :
: ORDER
-v- :
:
COLONY INSURANCE COMPANY, :
:
Defendant. :
:
------------------------------------------------------------------ :
X

PAUL A. ENGELMAYER, District Judge:

This case is in the process of being reassigned to a different judge. As a result, the Court is adjourning this afternoon's scheduled telephonic case management conference. The Court apologizes to counsel for any inconvenience caused by this adjournment. The successor judge will be in contact with counsel in short order as to a rescheduled conference date and time. The Court wishes counsel happy holidays and a happy new year.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 21, 2022
      New York, New York