UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COLONY INSURANCE COMPANY,<br><br>Defendant. | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br><br>Case No.: 1:22-cv-03207-CM |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject of the matter of the action, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant COLONY INSURANCE COMPANY pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED,** that facsimile or photocopied signatures shall for purposes of this stipulation be deemed the same as original signatures and that this stipulation may be executed in counterparts and filed with the Clerk of the Court without further notice.

Dated: New York, New York
       May 18, 2023

| | |
|---|---|
| COUGHLIN MIDLIGE & GARLAND LLP | LONDON FISCHER LLP |
| By: _____ | By: _____ |
| Gabriel E. Darwick, Esq. | Robert S. Nobel, Esq. |
| Zachary Sherman, Esq. | 59 Maiden Lane |
| Wall Street Plaza | New York, New York 10038 |
| 88 Pine Street, 28th Floor | (212) 972-1000 |
| New York, New York 10005 | *Attorneys for Defendant* |
| (212) 483-0105 | *Colony Insurance Company* |
| *Attorneys for Plaintiff* | |
| *Zurich American Insurance Company* | |